
**FILED**
MAR 1 8 2019
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–13–M–DWM–3 |
| Plaintiff, | |
| vs. | ORDER |
| PRZEMEK ROGALSKI, | |
| Defendant. | |

Defendant Przemek Rogalski having moved unopposed to release certain discovery from Local Rule CR 16.4,

IT IS ORDERED that the motion (Doc. 44) is DENIED as MOOT. The government indicated in its response that it intends to lift the L.R. CR 16.4 designation on certain pages of discovery to facilitate review. (*See* Doc. 45.)

DATED this 18th day of March, 2019.

Donald W. Molloy, District Judge
United States District Court