IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–13–M–DWM–3 |
| Plaintiff, | |
| vs. | ORDER |
| PRZEMEK ROGALSKI, | |
| Defendant. | |

Defendant Przemek Rogalski having moved unopposed to withdraw his pending motion to suppress,

IT IS ORDERED that the motion (Doc. 58) is GRANTED. The defendant's motion to suppress and brief (Docs. 54, 55) are DEEMED WITHDRAWN.

DATED this 15th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court